1  RITA L. NEAL, Bar No. 151156
   San Luis Obispo County Counsel
2  rneal@co.slo.ca.us
   1055 Monterey Street
3  San Luis Obispo, CA 93408
   Telephone: (805) 781-5400
4  Facsimile: (805) 781-4221

5  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
6  CHRISTOPHER M. PISANO, Bar No. 192831
   christopher.pisano@bbklaw.com
7  BEST BEST & KRIEGER LLP
   300 South Grand Avenue
8  25th Floor
   Los Angeles, California  90071
9  Telephone:   (213) 617-8100
   Facsimile:    (213) 617-7480
10
11 Attorneys for Defendant
   COUNTY OF SAN LUIS OBISPO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COUNTY HOMELESS UNION, a local affiliate of the CALIFORNIA HOMELESS UNION, on behalf of itself, its members and current and former residents of Oklahoma Parking Site; DAVID RICHFORD; DAN RICHFORD; TIM McELROY; LEON SHAHOIAN; DE DURLESSER; NAOMI DE LEON; MICHEL MAEZ; NAOMIE DeGRAW; TREVA KATHAWAY and DOES 1-50,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO, a political subdivision of the State of California; COUNTY OF SAN LUIS OBISPO DEPARTMENT OF SOCIAL SERVICES, HOMELESS SERVICES DIVISION; DEVIN DRAKE, in his official capacity as Director of Social | Case No. 2:24-CV-00616-AB-MAA<br>Assigned to Hon. Andre Birotte, Jr.<br><br>**COUNTY OF SAN LUIS OBISPO'S OBJECTION TO PLAINTIFFS' REPLY TO OPPOSITION TO EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge:          Andre Birotte, Jr.<br>Action Filed:  01/23/2021 |

| | |
|---|---|
| 1 | Services; MORGAN TERRELL in his official capacities as County Director of Homeless Services; JEFFREY AL-MASHAT, individually and in his official capacity as COUNTY PROGRAM MANAGER; COMMUNITY ACTION PARTNERSHIP OF SAN LUIS OBISPO COUNTY ("CAPSLO") a non-profit County contractor; ELIZABETH STEINBERG, in her official capacity as CEO of CAPSLO; JACK LAHEY, in his official capacity as Director of Homeless Services for CAPSLO ("CAPSLO") and DOES 1-100, |
| | Defendants. |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90071

61835.00103\42065310.1

- 2 -

2:24-CV-00616
COUNTY OF SAN LUIS OBISPO'S
OPPOSITION TO PLAINTIFFS' EX PARTE
APPLICATION FOR A TEMPORARY
RESTRAINING ORDER

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant County of San Luis Obispo ("County") objects to Plaintiff's reply to opposition to the ex parte application for a temporary restraining order ("TRO"). The County's objection is based on the ground that there is no authority in the Central District Local Rules or this Court's standing order for a party bringing an ex parte application to file a reply brief. See Local Rule 7-19; Dkt. 7, pp.12-13.

As the record demonstrates, on February 2, 2024 the County informed Plaintiffs' counsel of the March 18, 2024 date for the closure of the Oklahoma Parking Village. This gave Plaintiffs and their counsel over six weeks of notice. Yet rather than file a regular noticed motion for a preliminary injunction, which Plaintiffs could have done, they chose to seek an injunction through an application for a TRO. In doing so, Plaintiffs forced the County to provide a response in only one day, so the County did not have the benefit of notice and the time to prepare an opposition that is afforded under Local Rule 7-9. But also in doing so, Plaintiffs undertook a process that does not give them the ability to file a reply. Plaintiffs cannot have it both ways. They opted to file an ex parte application, and as such there is no basis for them having filed a reply. The County objects, and requests that the Court strike the reply and the Prince declaration in support of the reply.

Dated: February 28, 2024

Respectfully Submitted,

BEST BEST & KRIEGER LLP

By: */s/ Christopher M. Pisano*
CHRISTOPHER M. PISANO
JEFFREY V. DUNN
Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO