UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS OBISPO COUNTY HOMELESS UNION; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO; et al.,<br><br>Defendant. | Case No.: 2-24-cv-00616-AB-MAA<br><br>**ORDER GRANTING IN PART PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDERING THE COUNTY OF SAN LUIS OBISPO TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

## TEMPORARY RESTRAINING ORDER

GOOD CAUSE APPEARING THEREFORE, the Court hereby **GRANTS IN PART** Plaintiffs' *Ex Parte* Application for Temporary Restraining Order and **ORDERS** as follows:

1) Defendant County of San Luis Obispo is enjoined from exiting any current residents of the Oklahoma Avenue Safe Parking Village. This Order does not enjoin the County from facilitating the voluntary departure of residents. No bond is required.

This Order expires **on March 29, 2024, at 4:20 p.m.**, unless extended by further Order of this Court.

1

**ORDER TO SHOW CAUSE**

The Court further **ORDERS** as follows:

The County of San Luis Obispo is **ORDERED TO SHOW CAUSE** why a preliminary injunction should not issue enjoining them, pending the final hearing and determination of this action, from exiting any current residents of the Oklahoma Avenue Safe Parking Village, as they have been temporarily enjoined from herein.

The entry of this Order on the Court's electronic docket will constitute sufficient service of process thereof.

The County has until **Friday March 22, at 5:00 p.m.**, to file and serve a response to the OSC in opposition to the entry of a preliminary injunction.

Plaintiffs have until **Tuesday March 26, 2024, at 5:00 p.m.**, to file and serve a reply to the County's response.

The parties may also file, either jointly or separately, **by Thursday, March 28, 2024, at 10:00 a.m.**, a *brief* status update identifying any persons who still remain at the Site as of that time.

**No other filings will be considered.**

A hearing on this Order to Show Case is set for **Thursday March 28, 2024, at 1:30 p.m.** The parties may appear either in person at Courtroom 7B at the First Street Courthouse, or via Zoom.

**IT IS SO ORDERED.**

Dated: March 15, 2024, 4:20 p.m.

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE